1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    GREGORY ANTHONY POWELL,                    No. C 09-02688 SBA (PR)

4              Petitioner,                      **ORDER OF TRANSFER**

5      v.

6    D. K. SISTO, Warden,

7              Respondent.
     _____/

8

9         Petitioner, a state prisoner, has filed a <u>pro se</u> petition for a writ of habeas corpus.  He has

10   filed a motion for leave to proceed <u>in forma pauperis</u>.

11        Federal statute allows "the Supreme Court, any justice thereof, the district courts and any

12   circuit judge" to grant writs of habeas corpus "within their respective jurisdictions."  28 U.S.C.

13   § 2241(a).  A federal petition for a writ of habeas corpus made by a person in custody under the

14   judgment and sentence of a state court is properly filed in either the district of confinement or the

15   district of conviction.  <u>Id.</u> § 2241(d).  Where a case is filed in the wrong venue, the district court has

16   the discretion to transfer it to the proper federal court "in the interest of justice."  <u>See</u> 28 U.S.C.

17   § 1406(a).

18        Here, Petitioner challenges a conviction and sentence incurred in the Solano County Superior

19   Court, which is in the venue of the Eastern District of California.  <u>See</u> 28 U.S.C. § 84.  Accordingly,

20   that is the proper venue for this action.

21        Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the

22   Clerk of the Court is ordered to TRANSFER this action forthwith to the United States District Court

23   for the Eastern District of California.

24        All remaining motions are TERMINATED on this Court's docket as no longer pending in

25   this district.

26        IT IS SO ORDERED.

27   DATED: 6/29/09

28                                              SAUNDRA BROWN ARMSTRONG
                                                UNITED STATES DISTRICT JUDGE

*United States District Court*
*For the Northern District of California*

P:\PRO-SE\SBA\HC.09\Powell2688.Transfer.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GREGORY ANTHONY POWELL,

        Plaintiff,

   v.

D K SISTO et al,

        Defendant.

_____/

Case Number: CV09-02688 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Anthony Powell P96552
California State Prison - Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: June 30, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

P:\PRO-SE\SBA\HC.09\Powell2688.Transfer.wpd2